# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-8262-GW | Date | June 20, 2016 |
|---|---|---|---|
| Title | *In re: Peli Popovich Hunt* | | |

| Present: The Honorable | **GEORGE H. WU, UNITED STATES DISTRICT JUDGE** | |
|---|---|---|
| Kamilla Sali-Suleyman | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

      On February 23, 2015, the Court issued a second Order Approving Joint Stipulation to Extend Briefing Schedule.

The briefing schedule is as follows:
> Appellant to submit its opening brief has been extended to June 15, 2016.
> Appellee's brief is due June 29, 2016.
> Appellant's reply brief is due July 14, 2016..

Appellant is ordered to show cause, in writing, no later than July 5, 2016, why this action should not be dismissed for lack of prosecution.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause may result in the dismissal of this action.

 

| | : | |
|---|---|---|
| | Initials of Preparer | KSS |